# United States District Court

_____ **EASTERN** _____ **DISTRICT OF** _____ **TENNESSE** _____

DALE H. SWICEGOOD,                         JUDGMENT IN A CIVIL CASE

V.

MICHAEL J. ASTRUE,                          CASE NUMBER: 3:07-cv-339
Commissioner of Social Security

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that this matter is REMANDED under Sentence Four of 42 U.S.C.

       § 405(g) to the Commissioner for further consideration.

_____ September 15, 2008 _____           Patricia L. McNutt, Clerk _____
Date

                                                              By __ s/ A. Brush _____
                                                              Deputy Clerk